UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Clark-Cutler-McDermott Company et al v. General Motors, LLC **Case Number:** 16-04083 (CJP) **Ch:**

In re CLARK-CUTLER-MCDERMOTT COMPANY, 16-41188
Status Conference on #74 Emergency Motion of General Motors, LLC To Amend Case Management And Scheduling Order And For A Protective Order.

**COURT ACTION:**

______ Granted ______ Approved ______ Moot
______ Denied ______ Denied without prejudice
______ Withdrawn in Open Court
______ Sustained ______ Overruled
______ Continued to______________________________
______ Proposed Order Submitted by______________________________
______ Stipulation to be Submitted by______________________________
______ Taken Under Advisement
______ Fees allowed in the amount of: $____________ Expenses of: $____________
______ No appearance/response by:______________________________
Show Cause Order _____ Released _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IN LIGHT OF THE SETTLEMENT IN PRINCIPLE REPORTED ON THE RECORD, ALL ACTIVITY IN THIS ADVERSARY PROCEEDING IS STAYED PENDING FURTHER ORDER OF THE COURT.

IT IS SO ORDERED:

______________________________ Dated: 02/02/2017

Christopher J. Panos
United States Bankruptcy Judge