**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>CLARK-CUTLER-MCDERMOTT COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-41188 (CJP) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *et al*.<br><br>Plaintiffs.<br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | Adversary Proceeding<br><br>No. 16-04083 |
| GENERAL MOTORS, LLC<br><br>Counter-Plaintiff,<br><br>v.<br><br>CLARK-CUTLER-MCDERMOTT COMPANY,<br>CCM AUTOMOTIVE LLC,<br>CCM AUTOMOTIVE LAFAYETTE LLC,<br>AIRLOC LLC, DUFFY'S PARTK LLC, AND<br>CCM AUTOMOTIVE HILDEBRAN, LLC<br><br>Counter-Defendants. | |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as made applicable in adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors, Clark-Cutler-McDermott Company, CCM Automotive Lafayette, LLC, CCM Automotive LLC, AirLoc LLC, Duffy's Park LLC, CCM Automotive Hildebran LLC, and General Motors, LLC, as parties to the above-captioned adversary proceeding (the "Adversary Proceeding"), stipulate and agree that the Adversary

Proceeding, including all claims and counterclaims, shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: April 19, 2017

**The Official Committee of Unsecured Creditors**

/s/ *Adrienne K. Walker*__________________
Adrienne K. Walker (BBO #641490)
Scott C. Ford (BBO #629280)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone: 617-542-6000
Email: akwalker@mintz.com
sford@mintz.com

-and-

**Clark-Cutler-McDermott Company, CCM Automotive Lafayette, LLC, CCM Automotive LLC, AirLoc LLC, Duffy's Park LLC, and CCM Automotive Hildebran LLC**

/s/ *David A. Mawhinney*___________
Charles A. Dale III (BBO #558839)
David A. Mawhinney (BBO #681737)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 261-3100
Email: chad.dale@klgates.com
david.mawhinney@klgates.com

*Attorneys for the Plaintiffs and Counter Defendants*

**General Motors, LLC**

/s/ *Andrew M. Troop*____________________
Andrew M. Troop (BBO #547179)
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com

-and-

Joseph R. Sgroi (admitted pro hac vice)
Jeffrey K. Lamb (admitted pro hac vice)
Scott B. Kitei (admitted pro hac vice)
Robert M. Riley (admitted pro hac vice)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7570e
Email: jsgroi@honigman.com

*Attorneys for the Defendant and Counter Plaintiff*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>CLARK-CUTLER-MCDERMOTT COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-41188 (CJP) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *et al*.<br><br>Plaintiffs.<br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | Adversary Proceeding<br><br>No. 16-04083 |
| GENERAL MOTORS, LLC<br><br>Counter-Plaintiff,<br><br>v.<br><br>CLARK-CUTLER-MCDERMOTT COMPANY,<br>CCM AUTOMOTIVE LLC,<br>CCM AUTOMOTIVE LAFAYETTE LLC,<br>AIRLOC LLC, DUFFY'S PARTK LLC, AND<br>CCM AUTOMOTIVE HILDEBRAN, LLC<br><br>Counter-Defendants. | |

**CERTIFICATE OF SERVICE**

I, Adrienne K. Walker, do hereby certify that on the 19th day of April, 2017, I caused a copy of the Stipulation of Dismissal of Adversary Proceeding be served through the ECF system, and that copies will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date herein.

Dated: April 19, 2017

*/s/ Adrienne K. Walker*
Adrienne K. Walker